UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AASHISH KALRA,
ASIA PACIFIC VENTURES, LTD.,
TRIKONA ADVISERS
LIMITED,

    Plaintiffs,

CASE NO: 18-CV-00260(KAD)

VS.

ADLER POLLOCK & SHEEHAN,
P.C., MICHAEL GILLERAN,

    Defendants.

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT RICHARD E. SCHRIER, PRO HAC VICE AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Richard E. Schrier, Esq., being duly sworn, deposes and says:

1. I am a member of the firm of Schrier, Shayne, Koenig, Samberg & Ryne P.C., and I maintain an office at 595 Stewart Avenue, Garden City, New York 11530. My telephone number is 516-739-8000, and my fax number is 516-739-8004.

2. I am duly admitted to practice law before the Courts of the State of New York since January 30, 1978, (Bar No. 1496080), the State of Florida since April 30, 1979 (Bar No 0272922) and the District of Columbia since April 2, 1981 as well as the U.S. District Courts for the Southern and Eastern Districts of New York (Bar No. 9985).

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I am in good standing in all jurisdictions. Attached hereto as Exhibit "B" are copies of Certificates of Good Standing from the bars in New York, Florida and the District of Columbia confirming the aforementioned.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct and hereby agree to follow same to the best of my abilities.

7. I hereby designate attorney Andrew B. Bowman, a member of the Bar of this Court and co-counsel in this case as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

**WHEREFORE**, it is respectfully requested that this Court grant the application to issue an order permitting your affiant to be admitted Pro Hac Vice as additional counsel to the Plaintiff in this action and for such other and further relief as to this Court may seem just and proper.

_(signature)_
RICHARD E. SCHRIER, ESQ.
Fed. Bar No: 9985 SDNY
Schrier, Shayne, Koenig, Samberg & Ryne P.C.
595 Stewart Avenue
Garden City, New York 11530

Sworn to before me this
24th day of April, 2020

_(signature)_
Notary Public

ARNOLD KOENIG
Notary Public, State of New York
No. 30-2165665
Qualified in Nassau County
Commission Expires July 30, 2022

## CERTIFICATION

This is to certify that on this ___ day of _____, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew B. Bowman
ANDREW B. BOWMAN