UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AASHISH KALRA, <br> ASIA PACIFIC VENTURES, LTD., <br> TRIKONA ADVISERS <br> LIMITED, | : <br> : |
| Plaintiffs, | :    CASE NO: 18-CV-00260 (KAD) |
| VS. | : |
| ADLER POLLOCK & SHEEHAN, <br> P.C., MICHAEL GILLERAN, | :    SEPTEMBER 9, 2020 |

**RENEWED MOTION OF ANDREW B. BOWMAN
TO WITHDRAW APPEARANCE FOR
<u>ALL PLAINTIFFS AND COUNTERDEFENDANTS</u>**

Pursuant to Local Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, Andrew B. Bowman, renews his motion to withdraw his appearance for the plaintiffs-counterdefendants Aashish Kalra, Asia Pacific Ventures Ltd., and Trikona Advisers Limited for the following reasons:

1.  Since the date of the original Motion to Withdraw May 21, 2020 and the Court's Order of May 22, 2020, undersigned counsel has had no communication from the plaintiffs that include Mr. Kalra individually, Mr. Kalra in behalf of Asia Pacific and Mr. Kalra in behalf of Trikona Advisers, Limited.  Undersigned counsel cannot discharge his duty as an attorney, even as local counsel, without any communication or authorization by the clients either to take action or not to take action.

2.  Undersigned counsel is in an untenable position and should not be compelled to maintain his appearance for the plaintiffs when he has no communication with the plaintiff-

clients or their representative, Mr. Kalra, and does not receive any communication with respect to this case from attorney Richard Schrier who has appeared for the plaintiffs in this action on May 21, 2020.

3.      Since undersigned counsel cannot serve any meaningful function in this case, maintaining an appearance solely for the purpose of receiving service of process and pleadings serves no useful purpose since attorney Schrier currently receives all communications from the court and opposing counsel through the **CMECF** electronic filing system and PACER.

4.      On May 22, 2020 this Court denied counsel's Motion to Withdraw absent new local counsel appearing in this case as required under Local Rule 83.1(c) or (2) a finding of good cause by the Court, upon motion by attorney Schrier, that the requirement of local counsel may be waived. The problem in this case is that attorney Schrier, in behalf of the plaintiffs-counterdefendants, has taken a hostile and antagonistic position against undersigned counsel as illustrated by his claim in behalf of the plaintiffs that the sanction imposed by the Court be paid by undersigned counsel rather than the plaintiffs.

5.      Undersigned counsel has not only conscientiously represented the plaintiffs-counterdefendants within the Rules of Professional Conduct and the Rules of this Court but has refrained from taking an antagonistic or hostile position toward either the plaintiffs or attorney Schrier. As the Court will recall, in the November 2019 telephonic conference call, undersigned counsel, when asked by the Court, declined to say anything negative about the plaintiffs-clients regarding discovery. However, in light of attorney Schrier's and plaintiffs' claims, if the Court wishes to get undersigned counsel's perspective on the history regarding discovery, the Court should find a waiver of the attorney-client privilege and enter an Order

requiring the undersigned counsel to respond. In the absence of such a waiver and order, the Rules of Professional Conduct prohibit undersigned from responding.

6. Since withdrawing counsel has acted within the Rules of Professional Conduct at all times and has refrained from taking a position which could in any way harm Mr. Kalra, Asia Pacific or Trikona, requiring undersigned counsel to continue as local counsel in name only violates the spirit and the letter of Local Rule 83.1(c) and there is good cause in the absence of a waiver by attorney Schrier to grant this renewed Motion to Withdraw.

7. Undersigned counsel is an experienced attorney with great respect for this Court and its Rules, but there is a limit to what an attorney should be subjected to without being able to defend himself. That limit was reached in May, but the Court declined to grant the Motion to Withdraw. Subsequently, undersigned anticipated that new counsel would appear, but that has not happened for reasons only known to plaintiffs and attorney Schrier. It is only for that reason that this Renewed Motion to Withdraw has not been filed until this date.

8. There is presently an issue set forth in an email by attorney Diemand on September 8, 2020 at 9:22 p.m. stating that he has not heard back regarding scheduling plaintiffs' deposition of defendants' expert and the issue of an amendment to the current Scheduling Order. Although undersigned is a recipient of the email, undersigned is completely without any knowledge as to what goes into the decision-making process involving attorney Schrier or the plaintiffs in this case, and undersigned is therefore unable to respond in any way to attorney Diemand's email.

9. This situation is intolerable and cannot continue.

## NOTICE

Undersigned counsel is serving by electronic transmission the following Notice to Aashish Kalra individually, Aashish Kalra as the owner of Asia Pacific Ventures, Ltd, which is the owner of 500 shares of Trikona Advisers Limited representing 50% of the ownership of Trikona Advisers Limited and Aashish Kalra as a representative of Trikona Advisers Limited advising the plaintiffs of the following:

When the Court grants this Renewed Motion to Withdraw Appearance which Mr. Kalra had previously directed undersigned counsel to do on May 20, 2020 by instructing undersigned counsel to cease all work and to transfer files to attorney Richard Schrier, you will be represented only by attorney Schrier and any additional counsel you may choose but not by the undersigned.

For these reasons it is respectfully requested that this Renewed Motion to Withdraw Appearance for each of the plaintiffs-counterdefendants in this case be granted immediately.

/s/ Andrew B. Bowman
ANDREW B. BOWMAN
Fed. Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)
andrew@andrewbowmanlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of September, 2020, a copy of the foregoing Plaintiffs' Renewed Motion to Withdraw Appearance for all Plaintiffs and Counter-defendants was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

and sent by electronic communication on this 9th day of September, 2020 to:

Aashish Kalra, individually and as representative of Asia Pacific Ventures Ltd., and Trikona Advisers Limited at aashish@kalras.com

/s/ Andrew B. Bowman           .
ANDREW B. BOWMAN