UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
AASHISH KALRA, ASIA PACIFIC VENTURES, LTD.,
TRIKONA ADVISERS LIMITED,

                                                                               CASE NO: 18-CV-00260(MPS)

                                                      **Plaintiff,**

   -against-                                             **NOTICE OF MOTION TO**
                                                                **MODIFY THE DISCOVERY**
                                                                **SCHEDULE**

ADLER POLLOCK & SHEEHAN, P.C. and
MICHAEL GILLERAN,

                                                      **Defendants**
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the annexed affirmation of Richard E. Schrier, Esq. Dated the 13th Day of September, 2020, the Exhibits attached hereto, and upon all the pleadings and proceedings heretofore had herein, Plaintiffs shall move this Court, at the United States Courthouse, located at 915 Lafayette Blvd, Judge Kari A. Dooley's courtroom, Bridgeport, Connecticut 06604 for an order pursuant to FRCP Rule 37 for an order directing the Defendants to reply to the Plaintiff's First Set of Interrogatories and to produce the documents demanded in the Demand for the Production of Documents both of which were served upon Defendants on July 29, 2020 and for such other and further relief as to this Court may seem just and proper.

Dated: Garden City, New York                 Yours, etc.,
         September 13, 2020

                                     SCHRIER SHAYNE KOENIG SAMBERG & RYNE P.C.

                                                  S/ RICHARD E. SCHRIER
                                                 By: Richard E. Schrier, Esq. (9985)
                                                 Pro Hac Vice Attorneys for the Plaintiffs
                                                 595 Stewart Avenue,
                                                 Garden City, New York  11050
                                                 516-739-8000
                                                 Fax: 516-739-8004
                                                 Cell: 516-578-8999
                                                 resincourt@aol.com

To:    Wiggin &Dana LLP  (via ECF)
       Attorneys for Defendants
       One Century Tower
       New Haven, Ct. 06508
       203.-498-4400
       Fax: 203-782-2889
       Att: Timothy A. Diemand, Esq. (tdiemand@wiggin.com)
            Kim E. Rinehart, Esq. (krinehart@wiggin.com)