UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AASHISH KALRA,
ASIA PACIFIC VENTURES LIMITED,
TRIKONA ADVISERS LIMITED,
   Plaintiffs,
 v.           Case No. 3:18-cv-00260(KAD)

ADLER POLLOCK & SHEEHAN P.C.,
MICHAEL GILLERAN,
   Defendants.

## JUDGMENT

This matter came on for consideration of Plaintiffs' and Defendants' cross-motions for summary judgment [ECF Nos.135, 140] before the Honorable Kari A. Dooley, United States District Judge. Plaintiff Trikona Advisers Limited was dismissed by order of the Court on January 25, 2021.

The Court, having considered the full record of the case including applicable principles of law, having granted Defendants' motion and denied Plaintiffs' motion on January 31, 2022, and having issued an order pursuant to Fed. R. Civ. P. 54(b); it is hereby;

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor the Defendants on the Plaintiffs' Complaint.

Dated at Bridgeport, Connecticut, this 11th day of February 2022.

                DINAH MILTON KINNEY, Clerk

                By: /s/ Kristen Gould
                  Kristen Gould
                  Deputy Clerk

EOD: 2/11/2022