UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CASE NO: 18-CV-00260(MPS)

---------------------------------------------------------

AASHISH KALRA,                                  :
ASIA PACIFIC VENTURES, LTD.,
TRIKONA ADVISERS                                :
LIMITED,

     Plaintiffs,                          :        NOTICE OF APPEAL

VS.                                             :

ADLER POLLOCK & SHEEHAN,                        :
P.C., MICHAEL GILLERAN,

     Defendants.                          :
---------------------------------------------------------

    Notice is hereby given that Plaintiffs Aashish Kalra, Asia Pacific Ventures, Ltd, and Trikona Advisers Limited in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit from the following two (2) orders of the Honorable Kari A. Dooley:

    1. An order dated and entered in this action on August 2, 2020 denying Plaintiffs' application to amend the Amended Complaint (ECF #101); and

    2. An order dated and entered in this action on January 31, 2022 granting summary judgment to Defendants and denying Plaintiffs' application for summary judgment (ECF #163); and further

    Plaintiffs Aashish Kalra, Asia Pacific Ventures, Ltd, and Trikona Advisers Limited in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment dated February 11, 2022 entered in favor of Defendants on Plaintiffs' complaint (ECF # 171)

Respectfully submitted;
Schrier, Shayne, Koenig, Samberg & Ryne P.C.

BY /s/ Richard E, Schrier, Esq.
   Richard E, Schrier, Esq. (Fed. Bar No: 9985)
   Attorneys for Plaintiffs,
   595 Stewart Avenue
   Garden City, New York 11530
   (516) 739-8000
   (516) 739-8004 (Fax)
   e-mail: resincourt@a0ol.com

## CERTIFICATION

This is to certify that on this 1st day of March, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard E. Schrier.
Richard E. Schrier, Esq.